UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                       Chapter 11

    Walsam 316, LLC, *et al*,[1]                    Case No.  24-11231 (MEW)

                                            Jointly Administered

                     Debtors.
-----------------------------------------------------------x

## ORDER GRANTING MOTION TO EXPUNGE LIEN

      Upon the motion (the "Motion") of Walsam 316, LLC and the other jointly administered debtors herein (the "Debtors"), by and through their counsel, for entry of an order expunging the mechanic's lien filed by Colgate Restoration Corp. (the "Lienholder") against the property located at 4-6 Bleecker Street, New York, New York (the "Property"), and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the findings and conclusions stated on the record at the hearing held on February 11, 2025; and due and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

      ORDERED, that the mechanic's lien filed by Colgate Restoration Corp. on or about November 6, 2024, against the Property, in the amount of $7,590, is hereby declared undersecured under section 506(a)(1) of the Bankruptcy Code and/or *void ab initio* as having been filed in violation of the automatic stay under 11 U.S.C. § 362(a); and it is further

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Walsam 316, LLC (2104), Walsam 316 Bowery LLC (2463), Walsam Bleecker LLC (9753), Lawber Bowery LLC (9365) and 316 Bowery Next Generation LLC (8739).

ORDERED, that the mechanic's lien is expunged in its entirety and shall be removed from the title to the Property; and it is further

ORDERED, that the Clerk of the County of New York, or any other applicable governmental authority, is directed to cancel and discharge the mechanic's lien from the public records maintained for the Property; and it is further

ORDERED that any escrowed funds relating to the mechanic's lien shall be released to the Debtors to be disbursed pursuant to the Debtor's Chapter 11 plan; and it is further

ORDERED that the Debtors are authorized to take any action necessary to effectuate the removal of the lien, including filing this Order with any relevant governmental authority as proof of the lien's expungement; and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

Dated: New York, New York
       February 14, 2025

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE